THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES L. RIVERS, Appellant. (Appeal No. 2.) [703 NYS2d 789] —Judgment unanimously modified on the law and as modified affirmed in accordance with the same Memorandum as in *People v Rivers* (269 AD2d 836 [decided herewith]). (Appeal from Judgment of Supreme Court, Onondaga County, Brunetti, J.— Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Hayes, Scudder and Lawton, JJ.